Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.



FILED
2005 MAY 26 P 3: 17
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOOMIS, et al.,<br><br>Defendants. | CASE NO. CIV-F-03-05670 SMS<br><br>Hon. Sandra M. Snyder<br><br>**[PROPOSED] ORDER ON PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ROBERT LOOMIS**<br><br>Date:          June 3, 2005<br>Time:         9:30 a.m.<br>Courtroom: 4 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: May 26, 2005

_____
Magistrate Judge Sandra M. Snyder
United States District Court
Eastern District of California