UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, Inc. | ) 1: 03-CV-5670-REC-SMS |
| Plaintiff, | ) ORDER **VACATING HEARING SET FOR** |
| v. | ) **JULY 1, 2005**, ON PLAINTIFF'S |
| | ) MOTION FOR DEFAULT JUDGMENT AND |
| Robert Loomis, et al., | ) DEEMING MOTION SUBMITTED ON THE |
| | ) PAPERS (DOC. 48) |
| Defendants. | ) |

Plaintiff is proceeding with a civil action in this Court. The motion for default judgment was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for July 1, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   June 29, 2005**              /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES MAGISTRATE JUDGE

1