UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, Inc. ) | 1: 03-CV-5670-REC-SMS |
| ) | |
| Plaintiff, ) | ORDER RE: FINDINGS AND |
| v.   ) | RECOMMENDATIONS TO GRANT DEFAULT |
| ) | JUDGMENT (DOC. 63) |
| Robert Loomis, et al., ) | |
| ) | ORDER GRANTING PLAINTIFF'S MOTION |
| Defendants. ) | FOR DEFAULT JUDGMENT AGAINST |
| ) | DEFENDANT ROBERT LOOMIS (DOC. 47) |
| | |
| | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF AGAINST DEFENDANT ROBERT LOOMIS |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiff's motion for default judgment against Defendant Robert Loomis.

On July 7, 2005, the Magistrate Judge filed findings and a recommendation that Plaintiff's motion for default judgment against Defendant Robert Loomis be granted. The findings and recommendation were served on all parties on July 7, 2005, and contained notice that any objections to the findings and recommendations were to be filed within ten court days of the

1

date of service of the order. The requisite period of time for the filing of objections has passed, and no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed July 7, 2005, are ADOPTED IN FULL; and

2. Plaintiff's motion for entry of default judgment IS GRANTED in part; and

2. It being appropriate, and there being no just reason for delay, the Clerk IS DIRECTED TO ENTER DEFAULT JUDGMENT for Plaintiff DIRECTV against Defendant ROBERT LOOMIS as follows:

   a. Pursuant to 18 U.S.C. § 2520, statutory damages in the amount of $10,000.00, with post-judgment interest thereon at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of the judgment; and

   b. Attorney's fees in the amount of $3,201.50.

IT IS SO ORDERED.

**Dated: August 2, 2005**          /s/ Robert E. Coyle
668554                             UNITED STATES DISTRICT JUDGE