**FILED**

August 4, 2005

Clerk, U. S. District Court
Eastern District of California

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| DIRECTV, Inc., | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | **1:03-CV-5670 REC SMS** |
| Robert Loomis, Et Al., | |
| Defendant. | |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff and against the Defendant, Robert Loomis, in the amount of $ 10,000.00 with post-judgment interest thereon at the legal rate pursuant to 28 U.S.C. 1961 from the date of entry of the judgment.

Date: August 4, 2005

JACK L. WAGNER, Clerk

By /s/ M. Means Rooney
Deputy Clerk

dfltjgm