Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CIV-F-03-5670 SMS |
| Plaintiff, | Hon. Sandra M. Snyder |
| vs. | **ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS** |
| ROBERT LOOMIS, et al., | |
| Defendants. | |

Having read the Request for Extension of Time to File Dispositive Documents filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by this Court, and GOOD CAUSE appearing therefor, the Court orders as follows:

Plaintiff DIRECTV, Inc. shall file dispositive documents as to Defendant Pat Marino no later than February 13, 2006, unless otherwise subsequently ordered by the Court.

Dated:  1/19/2006         /s/ Sandra M. Snyder
                          Judge Sandra M. Snyder
                          United Stated District Court
                          Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com