Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOOMIS, et al.,<br><br>Defendants. | Case No.: 1:03-cv-05670 SMS<br><br>Hon. Sandra M. Snyder<br><br>**ORDER DISMISSING DEFENDANT PAT MARINO** |

Having read the Notice for Voluntary Dismissal of Defendant Pat Marino filed with this Court on February 13, 2006 by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

    1.    This action is hereby dismissed without prejudice as against Defendant Pat Marino; and

    2.    Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: 2/28/2006

                                            /s/ Sandra M. Snyder
                                            Honorable Sandra M. Snyder
                                            United States District Court
                                            Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On February 22, 2006, I served the foregoing document described as: **[PROPOSED] ORDER DISMISSING DEFENDANT PAT MARINO** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Pat Marino
1500 Villa Space 66
Clovis, CA 93612
**(Defendant)**

Susan K. Arthur, Esq.
964 Pollasky Ave., #B
Clovis, CA 93612
**(Attorney for Defendant)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer, in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2006, at Irvine, California.

Joanne D. Mealey-Hatch                    ___/s/ Joanne D. Mealey-Hatch_____
                                                                  (Signature)