Debra Healy Deem (Cal. Bar No.: 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOOMIS, et al.,<br><br>Defendants. | Case No. 1:03-cv-05670 SMS<br><br>Hon. Sandra M. Snyder<br><br>**ORDER DISMISSING DEFENDANT WILLIAM SHRANK** |

Having read the Request for Voluntary Dismissal of Defendant William Shrank filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant William Shrank; and

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: 4/13/2006

　　　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　Honorable Sandra M. Snyder
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Eastern District of California

BN 824472v1                               1                                (CIV-F-03-5670 SMS)

**[PROPOSED] ORDER DISMISSING DEFENDANT WILLIAM SHRANK**

PDF created with pdfFactory trial version www.pdffactory.com