Debra Healy Deem (Cal. Bar No.: 89183)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOOMIS, et al.,<br><br>Defendants. | Case No. 1:03-cv-05670 SMS<br><br>Hon. Sandra M. Snyder<br><br>**ORDER DISMISSING DEFENDANT ANTHONY LANGIN** |

Having read the Request for Voluntary Dismissal of Defendant Anthony Langin filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Anthony Langin; and

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: 8/11/2006

/s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States District Court
Eastern District of California

BN 938414v1                                    1                                    (CIV-F-03-5670 SMS)

**[PROPOSED] ORDER DISMISSING DEFENDANT ANTHONY LANGIN**

PDF created with pdfFactory trial version www.pdffactory.com